Docket NO: 0102 1:19CR00250-2

FILED - USDC -NH
2021 JUN 1 PM3:17

Your Honor Paul J. Barbadoro                    5-13-21

I write to request a change in attorney for my
sentencing hearing. I have suffered an irreparable
breakdown in the attorney - client relationship due
to the unprofessional, unethical, and arrogant
behavior of my attorney, Patrick Richards. His
actions have not only placed me in a dismal
situation legally, they have also caused me great
personal pain, stress and anger. I do not trust
him and I cannot communicate with him our
communication is unreparable. Nothing he tells
me has any meaning to me now after he has
manipulated me and has taken advantage of
my ignorance of the law and my legal under-
standings, he has pushed me into going to trial
against my wishes. This man used me as a tool
to gratify his narcissm and tossed my future away
in the process. I intend to file both an IAC
claim and a formal complaint with the bar
association. I will explain in vivid details the
many reasons why I cannot possibly have an
effictive attorney - client relationship with MR.
Richards, so you can have the necessary context
to evaluate my request. I'm trying to be as
professional about this as possible but its hard
because my life hangs in the balance.
        First, I would like to acknowledge and
apologize for my error in requesting the removal
of my first court appointed attorney MR. Behzad
Mirbashem. I fired him in an impulsive, ill considered
move. I had just been charged and was overwhelmed
by anxiety and opiod withdrawal so I over reacted.

Because of my ignorance of the law, I did not
understand his strategy, and I made a choice I
regret. I fully understand and appreciate the
court's interest in Judicial economy. I Know it is
in no one's interest to allow any defendants to
cycle through attorneys without cause but while
I admit foolishly fired my first attorney, this
Situation is entirely different, more thought out
and more Justified. I hope you will excuse
the length of my explanation. I want to clearly
show the seriousness of the lack of communcation
and breakdown in our attorney - client relation-
ship.

AT the Very Start of our relationship MR.
Richards began a pattern of negligent and cavalier
behavior, even though my life effectively hung
in the balance. He was assigned to me after
the removal of MR. Mirhashem, but MR. Richards
never contacted MR. Mirhashem to inquire about
or actually acquire any of the research or
records that MR. Mirhashem had in regards
to my case. After this inauspicious beginning
things only got worst. MR. Richards was
consistently uncommunicative, unresponsive to my
request, questions, and utterly unconcerned about
My Many concerns. I asked him many times
to file a mental health evaluation Motion,
due to my history of head injurys and
Mental health diagnosess. Despite my repeated
and explicit request for him to file said
Motion he never did so. I explicitly told
him to file a Motion to dismiss My

possession of a firearm charge based on my
codefendant sending a letter (to who?) claiming
sole possession of everything in the trunk of
the car that the firearms were found inside
of. He refused to do so, on the grounds that
I lacked standing to attempt to dismiss the
charge since the guns were not in my name
or in any way my possession because it
was my codefendant car. At the time due
to my ignorance of the law as an uneducated
layman, I did not understand that this answer
was both patently absurd. I have a letter from
him telling me I cant challenge the guns. I
asked about a motion to dismiss based on
my codefendant unambiguous, written admission
claim of ownership of everything in the
car trunk, including the firearms that she
had legally purchased and owned in her own
name. He answered as if I had asked about
a motion to suppress based on an illegal
search of the car, which he stated I lacked
standing to file as the passenger in the
vehicle. While undoubtedly, unintentional, this
complete and consequential breakdown in
communication was not entirely innocent. It
was a symptom of Mr. Richards cavelier
attitude towards my case and his apparent
attitude towards me, which was arrogant
and so dismissive as to border contemptuous.
His carefree attitude towards my case
which I care very much for since its my
life and freedom considering he can effectively

foreclose My hopes for a future. His attitude combined with his arrogance and over confidence that we had no chance at losing this case even through I was open to plea is unprofessional and unethical and it poisened our Attorney/Client relationship. Its unrepairable. He totally dismissed all my concerns. and request.

MR. Richards was extremely over confident in his ability to secure victory at trial, so Much so that he over rode and ignored all my concerns and request which did not fit into his plans and stratgy to be a star at trial. He refused my repeated request to file a motion for a mental health evaluation, which in his view must have seemed unnecessary, since he was totally confident he would get me aqquitted of all charges at trial. Unfortunately his confidence at winning at trial did not only lead him to ignore my request but it caused him not inquire about a plea deal.

I asked on nurmous occuashion to inquire and ask the prosecution about what they are willing to offer for a plea bargain. MR. Richards flatly refused to even ask. His response was "no, fuck them" telling me that since one of the prosecutors was still wet behind ther ears and the other "she has no idea what she's doing" he said he would destory them at trial. When I persisted in asking him to inquire about the possibility

Of me pleading guilty, he again refused to do
so justifying my concerns by saying my case
was a slam dunk victory.

    Mr. Richards did not explain his reason for
his being so very confident, other then in
his denigration of the prosecution. Mr. Richards
explanation of his straegy consisted of saying,
with an air of confidence, that he would
ask the jurors next to them if they knew
what was in the pocket of the jurors next
to them. This obviously implied how was I suppose
to know what someone else has on them or
in there car if it's not mines, once they
realized that they did not know what the
person next to them had in there pocket they
would acquit me of all charges since Mr.
Richards said nothing about conceding guilt
on anything. Equally obviously, this approach
was deeply deficient and flawed as to be
incompetent given that I was charged with
a multi-month conspiracy, not only a
constructive possession of firearm charge. As
of now im in the process of trying to figure
out my own psr objections because I cannot
and will not trust Mr. Richard's anymore. He's
already did so much damage thats unrepairable
thats why Im asking for a different lawyer
to get sentenced with. There are so many
issues with Mr. Richards that I can go on
forever but I wont but Im going to list a
few of them and once you read what I have
wrote you will assign me a new attorney.

I truly appreciate your attention and
concern in the matter

## Reasons for Request Change of Attorney

- failure to file Motions
  - Motion to dismiss firearms, based on codefendant claim they were legally purchased by her
  - Motion to file for a Mental health evaluation
  - Motion to get full discovery

- failure to explain upon my request my likely sentencing range before taking the case to trial

- failure to explain my guideline range if we lost trial

- failure to find out upon my request what type of plea bargain the prosecutor would offer

- failure to listen to any input or any concerns I had

- failure to explain any reasoning for any decision that he Made

- failure to explain why he felt we could not lose at trial

- Throughout entire process Mr. Richard brushed all my worries aside without explaining anything leaving me confused, lost, and helpless.

- limited access to discovery

- government witness said he was with me on street

while he was incarcerated at the time. Would not look into flatly refused to purse this.

- Dictated I go to trial despite many request to inquire about a plea deal.

- Dragged to trial despite my stated intrest in a plea deal

- I have issues to argue at sentencing and I cant articulate arguments in high pressure courtroom enviorment. I need someone to assist me explaining my thoughts about my PSR and my sentencing it cannot be MR. Richards there's no trust plus im filing a bar complicat. I regret firing first attorney Please assign new attorney and grant an extension so we can go over PSR and make arguments based on our finding. I need help and MR. Richards has done nothing but lead me to be slaughtered and off a cliff I Just need help to make sure my landing does not claim my life. I have ADD, ADHD, BPD, PTSD, Learning disability, Emotionally handicapped, Major depression, Social anxiety disorder, I was last evaluated in 2015 Since then I have had 11 ODs requiring 4 E.R. trips, lack of oxygen to brain Several Minutes on one occvasion. Ive been using drugs for 35 years And Ive been in 2 Motorcycle accidents one in 2002 and one in 2016. I Just need help and MR. Richards is not that person please assign me a new lawyer so at least I

Can have at least a fair sentencing hearing.
Thank you for taking the time to read my
concern and I hope and pray you appoint me
new counsel.

20-02119

Christopher M. Kelly
226 County Farm Rd
Dover NH. 03820

Christopher M. Kelly 20-02119
266 County Farm Road
Dover NH 03820

MANCHESTER NH 030

21 MAY 2021 PM 1 L

FOREVER / USA

United States District court
Honorable Paul J. Babadoro
Federal Building
53 pleasant street
Concord NH
03301

03301-390499