| | |
|---|---|
| **From:** | Melissa Keefe |
| **To:** | Kayla Wipf |
| **Cc:** | Tracy Warren |
| **Subject:** | ROAD Request |
| **Date:** | Wednesday, October 27, 2021 2:46:55 PM |

Hello Kayla,

   I have received a request that your client be assessed by ROAD to a Better Life for MAT.  ROAD to a Better Life only follows their current, established patients here at SCDOC.   We would be happy to help him establish care with ROAD to a Better Life or another MAT program of his choice after release.  Does he have a release date?

Thank you,

*Melissa*

Melissa Keefe, RN, BSN
RN Supervisor - MAT Program
Medical Department
Strafford Co. DOC
266 County Farm Rd
Dover NH 03820
603.516.5167
mkeefe@co.strafford.nh.us